UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RASHAD JOHNSON<br>    Plaintiff,<br><br>v.<br><br>ALDOUS & ASSOCIATES PLLC<br>    Defendant. | )<br>)<br>)<br>) Case No.<br>)23-cv-00618-JD<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between Plaintiff, Rashad Johnson, and Defendant, Aldous & Associates PLLC that the above entitled action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

Dated: September 24, 2023

Respectfully submitted:

<pre>
                              s/ Nkem A. House
                              Nkem A. House, OBA #21219
                              House Law Group
                              425 W. Wilshire Blvd., Ste. E
                              Oklahoma City, OK 73116
                              405.633.1709 (telephone)
                              houselawfirm@gmail.com (email)
                              ATTORNEY FOR PLAINTIFF
</pre>